IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH DRIESSEN,

    Plaintiff,               No. CIV S-03-0069 GEB KJM PS

    vs.

TEHAMA COUNTY, et al.,

    Defendants.           ORDER

_____/

        Plaintiff has filed a petition for rehearing with the Ninth Circuit Court of Appeals. Pending issuance of a writ of mandate, this court will vacate the status conference.

        It appears from the proofs of service on the status reports filed by defendants that plaintiff has changed his address. Plaintiff is advised that a notice of change of address must be filed with the District Court.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The May 11, 2005 status conference is vacated.

        2. The Clerk of Court is directed to serve plaintiff at both the address listed on the court's proof of service and the address listed on defendant's status reports filed May 5, 2005.

/////

/////

1

3. Within ten days from the date of this order, plaintiff is directed to file a change of address reflecting his current address.

DATED: May 10, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

006
driessen2.vac