1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEN DRIESSEN,

11          Plaintiff,                    No. CIV S-03-0069 GEB KJM PS

12        vs.

13   COUNTY OF TEHAMA, et al.,

14          Defendants.                   ORDER

15   _____/

16          Defendant City of Corning's request for expenses incurred in connection with a

17   motion to compel stands submitted.  Defendant has supplemented the record with respect to the

18   request for expenses.  Good cause appearing, THE COURT ORDERS AS FOLLOWS:

19          Defendant City of Corning is awarded reasonable expenses under Federal Rule of

20   Civil Procedure 37(a)(4)(A) in the amount of $312.50.

21   DATED:  March 20, 2006.

22

23                                        _____
                                          UNITED STATES MAGISTRATE JUDGE

24

25

26   006
     driessen.exp

1