IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH DRIESSEN,

    Plaintiff,                    No. CIV S-03-0069 GEB KJM PS

    vs.

TEHAMA COUNTY, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff has requested the undersigned recuse herself from this action. Upon review of the provisions of 28 U.S.C. § 455 and the court file of these proceedings, the undersigned declines plaintiff's request.

DATED: March 20, 2006.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

006
driessen.rec-dec

1