IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEN DRIESSEN,

    Plaintiff,                     No. CIV S-03-0069 GEB KJM PS

    vs.

COUNTY OF TEHAMA, et al.,

    Defendants.               ORDER

_____/

       Defendant City of Corning's request for expenses incurred in connection with the motions heard on March 22, 2006 stands submitted. Defendant has supplemented the record with respect to the request for expenses and has withdrawn the request for expenses related to travel time. Good cause appearing, THE COURT ORDERS AS FOLLOWS:

       Defendant City of Corning is awarded reasonable expenses under Federal Rule of Civil Procedure 37(b)(2) in the amount of $ 875.00.

DATED: March 27, 2006.

                                                            _____
                                                            UNITED STATES MAGISTRATE JUDGE

006 driessen2.exp

1